UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

PATRICK STANLEY,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 3885 (RJH)

        **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
         May 6, 2008

                            MICHAEL A. CARDOZO
                            Corporation Counsel
                            of the City of New York
                            Attorney for Defendant City of New York
                            100 Church Street, Room 3-218
                            New York, New York 10007
                            (212) 788-0775

                        By:       /s/
                                Elizabeth M. Daitz
                                Assistant Corporation Counsel
                                Special Federal Litigation Division

cc:    Wylie Stecklow, Esq (via ECF)

                        Index No. 08 Civ. 3885 (RJH)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| PATRICK STANLEY,<br><br>            Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>            Defendants.<br>. |
| **NOTICE OF APPEARANCE** |
| ***MICHAEL A. CARDOZO***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Elizabeth M. Daitz*<br><br>*Tel: (212) 788-0775*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ...................................................,2008*<br><br>*............................................................................Esq.*<br><br>*Attorney for City of New York* |