IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK STANLEY,

                                           Index No. 08 CV 3885

                  Plaintiff,

       -against-                             AFFDAVIT
                                           **OF SERVICE**

THE CITY OF NEW YORK, a
municipal entity, NEW YORK
CITY POLICE OFFICER VINCENT
FIORE, Shield # 25517,NEW YORK
CITY POLICE OFFICER JOHN WOLF,
Shield # 00000, NEW YORK CITY
POLICE OFFICERS "JOHN DOES", all
of the identified and non identified
persons in their individual and
in their official capacities
                          Defendants.
------------------------------------------------------------------X

       SAMUEL B. COHEN, being duly sworn deposes and says:

       1.      I am not a party to this action, am over eighteen years of age and reside in New York, New York.

       2.      On Wednesday May 28th, 2008, at approximately 7:56 p.m., deponent served a true copy of the Summons and Complaint upon **Lieutenant John Wolf** by delivering same to **Lieutenant John Wolf**'s actual place of business, NYPD Manhattan South Task Force, located at **524 West 42nd Street, New York, New York 10036**, and by leaving same with the front desk attendant, Officer Jacobson, Shield #14301, who is a person of suitable age and discretion. Officer Jacobson who received the documents was a male of approximately 5'9" in height, with brown buzz cut hair, brown eyes and white skin. Further, he appeared to be approximately 190 pounds, and between the ages of 30 and 35.

       3.      In addition, on Thursday May 29, 2008, I mailed a true and correct copy of the summons and complaint to **Lieutenant John Wolf**, at **Lieutenant John Wolf**'s actual place of business, **524 West 42nd Street, New York, New York 10036,** in a post-office or official depository of the U.S. Postal Service within the State of New York.

                                                        _____
                                                          Samuel B. Cohen

Sworn to before me this
29th day of May, 2008

_____
NOTARY PUBLIC

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006