IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PATRICK STANLEY,

                      Plaintiff,

           -against-

THE CITY OF NEW YORK, a
municipal entity, NEW YORK
CITY POLICE OFFICER VINCENT
FIORE, Shield # 25517, NEW YORK
CITY POLICE OFFICER JOHN WOLF,
Shield # 00000, NEW YORK CITY
POLICE OFFICERS "JOHN DOES", all
of the identified and non identified
persons in their individual and
in their official capacities
                      Defendants.
-------------------------------------------------------------------X

Index No. 08 CV 3885

**AFFIDAVIT**
**OF SERVICE**

STATE OF NEW YORK   )
                              ) SS.:
COUNTY OF NEW YORK  )

        SHALIMAR D.Z. GARBA, being duly sworn deposes and says:

1.       I am not a party to this action, am over eighteen years of age and reside in Queens, New York.

2.       On June 18, 2008, at approximately 5:30 pm, deponent served a true copy of the Summons and Complaint upon VINCENT FIORE by the means consented-to by same: delivering said Summons and Complaint to One Police Plaza, Room 1406, New York, New York, and by leaving same with Agency Attorney Lesa Moore, who is a person of suitable age and discretion. Lesa Moore who received the documents was a female of approximately 5'1" in height, with black hair, brown eyes and dark skin.

Sworn to before me this
20th day of June, 2008

                                      Shalimar D.Z. Garba

NOTARY PUBLIC

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006