UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PATRICK STANLEY,

              Plaintiff,

      -against-

CITY of NEW YORK, et al ,

              Defendants.

---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 03885 (RJH) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ _____

___ Habeas Corpus

_X_ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
          July 23, 2008

_____
HON: Richard J. Holwell
United States District Judge